COPY

IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE

FILED
2015 OCT 26 AM 8 16
KNOX COUNTY CIRCUIT, CIVIL
SESSIONS & JUVENILE COURT
CATHERINE SHANKS, CLERK

| | | |
|---|---|---|
| TIMOTHY H. WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3-498-15 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| RESORT LIFESTYLE COMMUNITIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING OF NOTICE OF REMOVAL

Please take note that Defendant, Resort Lifestyle Communities, Inc., has this day filed a Notice of Removal in the office of the Clerk of the United States District Court for the Eastern District of Tennessee at Knoxville, a copy of which is attached as Exhibit 1. This Notice of Filing of Notice of Removal is being filed in the Knox County Circuit Court in accordance with 28 U.S.C. § 1446(d).

Respectfully submitted, this 26th day of October, 2015.

BURROUGHS COLLINS & NEWCOMB, PLC

John Steven Collins

J. Steven Collins, BPR #012030
Attorney for Defendant

P.O. Box 551
Knoxville, TN 37901-0551
(865) 342-1040

*Exhibit 2*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Filing of Notice of Removal** has been served via First Class U.S. Mail upon:

Brad A. Fraser
Leitner, Williams, Dooley & Napolitan, PLLC
Suite 1800, Riverview Tower
900 South Gay Street, Suite 1800
Knoxville, TN 37902

This 26th day of October, 2015.

**BURROUGHS COLLINS & NEWCOMB, PLC**

J. Steven Collins, BPR #012030
Attorney for Defendant