UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TIMOTHY H. WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-480-TAV-HBG |
| | ) | |
| RESORT LIFESTYLE COMMUNITIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The Court's previous Order [Doc. 13] was entered in error. The Clerk of Court is **DIRECTED** to **VACATE** the Order, and return the Motion for Leave to File Amended Complaint [Doc. 8] to the active docket.

**IT IS SO ORDERED**.

ENTER:

Bruce Guyton

United States Magistrate Judge