IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TIMOTHY H. WOODS | ) |
| Plaintiff, | ) |
| vs. | ) NO. 3:15-CV-480 |
| RESORT LIFESTYLE COMMUNITIES, Inc. and SHERRILL HILLS RETIREMENT COMMUNITY, LLC. | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. 41(a)(1)(ii), the parties hereby stipulate that this lawsuit should be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Dated this the 14th day of January, 2016.

Respectfully Submitted,

/s/Brad A. Fraser
Brad A. Fraser, BPR# 20087
Leitner, Williams, Dooley & Napolitan, PLLC
Suite 1800, Riverview Tower
900 South Gay Street, Suite 1800
Knoxville, TN 37902
865-523-0404
brad.fraser@leitnerfirm.com

Attorney for Plaintiff

/s/ J. Steven Collins
J. Steven Collins, BPR# 012030
Burroughs Collins & Newcomb, PLC
900 S. Gay Street, Suite 600
P. O. Box 551
Knoxville, TN 37901-0551
(865) 342-1040
(865) 342-1041
steve@bcnattorneys.us

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, to the following:

Brad A. Fraser, BPR# 20087
Leitner, Williams, Dooley & Napolitan, PLLC
Suite 1800, Riverview Tower
900 South Gay Street, Suite 1800
Knoxville, TN 37902

/s/ J. Steven Collins
J. Steven Collins